# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 4, 2015

### NO. 03-14-00079-CV

**Texas Parks and Wildlife Department, Appellant**

**v.**

**Nancy Gallacher, Appellee**

---

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE AND JUSTICE GOODWIN;
FORMER CHIEF JUSTICE JONES NOT PARTICIPATING
REVERSED AND RENDERED ON REHEARING --
OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from the order signed by the district court on November 14, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. We therefore, order that appellee's motion for rehearing is dismissed as moot; that the opinion and judgment dated December 31, 2014, are withdrawn; and reverse the district court's order denying Texas Parks and Wildlife Department's plea to the jurisdiction and render judgment dismissing Nancy Gallacher's suit. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.